2018R00555          TFH/cpd

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED __ ENTERED
LOGGED __ RECEIVED

AUG – 3 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. GLS-18-2114 |
| PATRICK LAWRENCE WOOD, | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 22, 2018_____ in the county of _____Montgomery_____ in the

_____ District of _____Maryland_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography. |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI, SA Augustus C. Aquino
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/18 3:00pm

_____
*Judge's signature*

City and state:          Greenbelt, Maryland

Hon. Gina L. Simms, U.S. Magistrate Judge
*Printed name and title*